Mark Berkowitz (Bar No. 232472017)
TARTER KRINSKY & DROGIN LLP
1350 Broadway
New York, NY 10018
Tel.:     (212) 216-8000
Fax:     (212) 216-8001
E-mail: mberkowitz@tarterkrinsky.com

*Attorneys for Defendant LY Berditchev Corp.*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| HOTALING & CO., LLC and SANNITI LLC,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>LY BERDITCHEV CORP.,<br><br>　　　　　　Defendant. | Case No. 2:20-cv-16366-JMV-JBC<br><br>Assigned to:<br>Judge John Michael Vazquez<br>Magistrate Judge James B. Clark |

**LY BERDITCHEV CORP.'S RULE 7.1**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, Defendant LY Berditchev Corp., by its counsel, states that it has no parent corporation and no publicly held company owns 10 percent or more of its stock.

1

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: January 4, 2021 | By: *s/ Mark Berkowitz* |

TARTER KRINSKY & DROGIN LLP
Mark Berkowitz (Bar No. 232472017)
1350 Broadway
New York, NY 10018
Tel.:  (212) 216-8000
Fax:  (212) 216-8001
E-mail: mberkowitz@tarterkrinsky.com

**Attorneys for Defendant LY Berditchev Corp.**

## CERTIFICATE OF SERVICE

I hereby certify that on January 4, 2021, the foregoing document entitled **LY BERDITCHEV CORP.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT** was filed with the Clerk of the Court by using the CM/ECF system, which will cause such documents to be served on all counsel of record identified below via transmission of Notice of Electronic Filing generated by CM/ECF:

>Allison H. Altersohn
>KING & SPALDING LLP
>1185 Avenue of the Americas
>New York, NY 10036
>Tel.:   (212) 556-2316
>Email: aaltersohn@kslaw.com
>
>David S. Gold
>Elizabeth A. Carbone
>COLE SCHOTZ PC
>Court Plaza North
>25 Main Street
>Hackensack, NJ 07601
>Tel.:   (201) 489-3000
>Email: dgold@coleschotz.com
>            ecarbone@coleschotz.com

*s/ Mark Berkowitz*