**Not for Publication**

## UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| HOTALING & CO., LLC and SANNITI LLC,<br>    *Plaintiffs,*<br>v.<br>LY BERDITCHEV CORP.,<br>    *Defendant,* | Civil Action No. 20-cv-16366<br><br>**ORDER** |

**John Michael Vazquez, U.S.D.J.**

For the reasons expressed in the accompanying Opinion, and for good cause shown,

**IT IS** on this 26th day of August, 2021,

**ORDERED** that Defendant's motion to dismiss, D.E. 9, is **DENIED**.

_____
John Michael Vazquez, U.S.D.J.